ISIDOR WEINER v. LEROCO REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of 2291 REALTY CORPORATION v. HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of ROSE CAPILLO for an Order of Mandamus against JOHN J. McELLIGOTT, as Fire Commissioner of the City of New York, and as Trustee of the New York Fire Department Relief Fund.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of JAMES M. KENNELLY for a Peremptory Mandamus Order against JAMES E. FINEGAN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired, Reopening and Extending of Whitlock Avenue, from the Northerly Side of Leggett Avenue, to the Southerly Side of Hunts Point Avenue, in the Borough of the Bronx, City of New York. THE CITY OF NEW YORK. 430 EAST 59TH STREET CORPORATION and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of SALVATORE J. ALIOTTA and Others against JAMES E. FINEGAN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

IRVING TRUST COMPANY, as Trustee, etc., v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MINNA FRANK NEWMAN v. STEPHEN LANG NEWMAN.— Motion for a reargument denied. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MINNA FRANK NEWMAN v. STEPHEN LANG NEWMAN.— Motion for a reargument denied. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of Proceedings Supplementary to Execution: GRACE HERLIHY v. J. L. WATKINS, JR., a Member of the New York Cotton Exchange. In the Matter of Supplementary Proceedings: 50 EAST 72ND STREET CORPORATION v. J. LAWRENCE WATKINS, JR.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.